# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 10, 2015

149990

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JENNIFER JO MUELLER,
      Petitioner-Appellee,

v

SCOTT BOUIS,
      Respondent-Appellant.

SC: 149990
COA: 321758
Ingham CC: 12-000308-PH

_____/

     On order of the Court, the application for leave to appeal the August 4, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2015



Clerk

t0407